**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:05CR10-V**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JOSEPH EMMANUEL CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**THIS MATTER** is before the Court on Defendant's "Motion To Suppress" filed May 31, 2005.  Before a hearing is scheduled on Defendant's motion, counsel will be required to meet in person to discuss their respective positions, including the possibility of a mutually acceptable plea agreement.  Thereafter, unless Defendant explicitly withdraws his motion, the undersigned will require a written response from the Government.

**NOW THEREFORE, IT IS ORDERED:**

1.  Counsel shall meet in person **on or before Wednesday, June 22, 2005,** to discuss their respective positions--both regarding a fair and appropriate disposition of the charges generally, and regarding Defendant's Motion To Suppress in particular.

2.  Unless Defendant has withdrawn his Motion to Suppress **on or before Wednesday, June 29, 2005,** the Assistant U.S. Attorney handling this case shall prepare and file a written response to Defendant's contentions on that date.  In addition to filing, a

copy of the Government's response shall be hand-delivered to the chambers of the undersigned the same day it is filed.

      3. If the "Motion to Suppress" is <u>not</u> withdrawn, a hearing shall be held thereon on **Wednesday, July 6, 2005, at 10:00 a.m.**, in the Magistrate Judges' Courtroom, First Floor, U.S. Courthouse, 401 W. Trade Street, Charlotte, N.C.

      4. The Clerk is directed to send a copy of this Order to defense counsel; the U.S. Attorney's Office; <u>and to the Honorable Richard L. Voorhees</u>.

      **SO ORDERED.**

**Signed: June 2, 2005**

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge