IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr10

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>JOSEPH EMANUEL CLARK_____) <br>_____) | ORDER |

**THIS MATTER** is before the Court upon motion and memorandum of the defendant to suppress evidence obtained during the investigation of this matter. (Doc. No. 14, 15). The Court has also considered the government's response to the motion. (Doc. No. 19).

On July 6, 2005, the Court conducted an evidentiary hearing during which the defendant and the government presented evidence. After the hearing the proof and arguments of counsel, the Court announced its factual findings and legal conclusions.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED** for the reasons stated from the bench.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

**Signed: July 13, 2005**

_Robert J. Conrad, Jr._
Robert J. Conrad, Jr.
United States District Judge